# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MARIO NIKPRELAJ, <br><br> Defendant. | No. 25-cr-61-MAR <br><br> **ORDER SCHEDULING INITIAL APPEARANCE** |

The initial appearance for the above Defendant will take place before the undersigned on **Tuesday, July 22, 2025 at 11:00 a.m.**; United States Courthouse, Courtroom 3, 111 7th Avenue SE, Cedar Rapids, Iowa.

**IT IS SO ORDERED** this 18th day of July, 2025.

_____
Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa