IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MARIO NIKPRELAJ,<br><br>    Defendant. | Case No.: 25-CR-61<br><br>DEFENDANT'S SENTENCING MEMORANDUM |

Mario Nikprelaj, through counsel, hereby submits the following sentencing memorandum for the sentencing set at 2:00 p.m. on January 13, 2026.

## I. Witnesses

Mr. Nikprelaj does not anticipate calling any witnesses at the sentencing hearing.

## II. Exhibits

Mr. Nikprelaj anticipates submitting the following exhibits at the sentencing hearing:

 A. Investigation summary from Federal Defender Investigator Joseph Manser

 B. Dismissal order for Sarpy County, Nebraska case CR25-3917.

## III. Issues

The only issue to be resolved at the sentencing hearing other than the ultimate sentence is the proper number of criminal history points for one of Mr. Nikprelaj's convictions.

 A. Mr. Nikprelaj Should Not Receive Criminal History Points for the Offense at Paragraph 24 of His Presentence Report.

Mr. Nikprelaj was arrested on July 12, 2019, for Assaulting/Resisting/Obstructing Police Officer. PSR ¶ 24. He pleaded guilty and was sentenced on May 4, 2020, to 141 days jail and

1

549 days probation. *Id*. He was age 17 at the time he committed the offense, which means that the offense can only be assessed criminal history points if Mr. Nikprelaj was released from confinement within five years of the commencement of his federal offense. USSG § 4A1.2(d)(2)(A). Probation assessed two criminal history points for the offense based on nothing more than a statement over the phone, from an unknown staff member at the Macomb County Jail in Macomb, Michigan, regarding Mr. Nikprelaj's supposed release from custody. *See* Probation Officer's Response to Defendant's Objection, PSR ¶ 24. Mr. Nikprelaj contends there is not reliable information in the record on which to assess the criminal history points.

The Probation Officer's response indicates that Mr. Nikprelaj was last in custody for the assaulting/resisting offense starting on August 25, 2020, and ending on December 8, 2020. This does not amount to 141 days in jail. Nor does adding up the number of days from when Mr. Nikprelaj was arrested for the offense (July 12, 2019) to the date of sentencing (May 4, 2020). The time from sentencing (May 4, 2020) to December 8, 2020, also does not add up to 141 days. To complicate matters, Mr. Nikprelaj was arrested in Macomb County for other offenses during the timeframe of July 12, 2019, to December 8, 2020. *See* PSR ¶¶ 25-28. This makes it unclear in what case or cases he was in custody from August 25 to December 8, 2020. The defense attempted to get clarification from the Macomb County Jail and the Clerk's Office regarding the dates of incarceration served in case 20193118 , or whether Mr. Nikprelaj received any credit for time previously served, but was unable to do so. Exhibit A. The information that was provided by the Macomb County Jail could reflect jail time for the cases at paragraphs 25-26 (arrest dates of February 10, 2020), the case at paragraph 27 (arrested on June 10, 2020, and sentenced on December 7, 2020), and the case at paragraph 28 (arrest date of August 25, 2020). Put simply, it is unknown if he was released specifically in the 20193118 case within five years of the instant

offense, or if he was released on some other case.

Without additional information, the record does not support the imposition of two criminal history points for the Assaulting/Resisting/Obstructing Police Officer offense at paragraph 24, and the Court should decline to do so. Without these two points, Mr. Nikprelaj scores nine criminal history points, which places him in Criminal History Category IV. His guideline range then becomes 8 to 14 months, and falls into Zone B of the Sentencing Table.

Mr. Nikprelaj anticipates seeking a sentence within his guideline range, but one that takes into account that his range falls into either Zone B or Zone C of the Table.

FEDERAL DEFENDER'S OFFICE
222 Third Avenue SE, Suite 290
Cedar Rapids, IA 52401-1509
TELEPHONE: (319) 363-9540
TELEFAX: (319) 363-9542

BY: /s/ Jill M. Johnston
JILL M. JOHNSTON
jill_johnston@fd.org
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE
I hereby certify that on January 6, 2026, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.
By: /s/ Angie McClain